**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION**

| | | |
|---|---|---|
| DIVIJAYSINH PRUTHVISINH | : | |
| DABHI and | : | |
| UPSANABEN DIGVIJAYSINH | : | |
| DABHI, | : | |
| | : | |
| Plaintiffs, | : | |
| v. | : | CASE NO.:  7:24-CV-57 (WLS) |
| | : | |
| UR M JADDOU and | : | |
| THE UNITED STATES OF | : | |
| AMERICA, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

On June 6, 2024, Plaintiffs filed their Complaint (Doc. 1). The docket reflects that Summonses (Doc. 2) were issued on June 10, 2024. Under Rule 4(m), if the defendant is not served within ninety days after a complaint is filed, the district court, after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed R. Civ. P. 4(m). Plaintiffs therefore had until September 8, 2024, to properly serve Defendant. To date, they have not filed proof of serve on the docket.

Accordingly, Plaintiffs are **ORDERED** to properly serve Defendants no later than **Friday, November 22, 2024**. Plaintiffs are hereby noticed that, upon failure to timely comply with this Order, the action may be dismissed without prejudice without further notice or proceedings without further notice or proceedings.

**SO ORDERED**, this 4th day of November 2024

**/s/ W, Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**