IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| DIVIJAYSINH PRUTHVISINH DABHI and UPSANABEN DIGVIJAYSINH DABHI, | : : : : : | |
| Plaintiffs, | : | |
| v. | : | CASE NO.: 7:24-CV-57 (WLS) |
| UR M JADDOU and THE UNITED STATES OF AMERICA, | : : : : : | |
| Defendants. | : : | |

**ORDER**

On June 6, 2024, Plaintiffs filed their Complaint (Doc. 1). The docket reflects that Summons (Doc. 2) were issued on June 10, 2024. Under Rule 4(m), if the defendant is not served within ninety days after a complaint is filed, the district court, after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. Fed R. Civ. P. 4(m). Plaintiffs therefore had until September 8, 2024, to properly serve Defendant.

The Court issued an Order (Doc. 3) for Plaintiffs to properly serve Defendants not later than Friday, November 22, 2024. In that Order, Plaintiffs were noticed that failure to timely comply with the Order might result in the action being dismissed without prejudice without further notice or proceedings. To date, Plaintiffs have not filed proof of serve on the docket. The Court finds that Plaintiffs have failed to timely serve Defendants as required by Rule 4. Because Plaintiffs have previously been given notice that service should be made and failed to do so, the above-captioned action is **DISMISSED-WITHOUT-PREJUDICE**.

**SO ORDERED**, this 27th day of November 2024

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**