IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| DIVIJAYSINH PRUTHVISINH DABHI, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 7:24-cv-57 (WLS) |
| | * |
| UR M JADDOU, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 27, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 27th day of November, 2024.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk